UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| BRIAN SACKS | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 18-cv-3500 |
| | : | |
| | : | |
| POLICE CHIEF STEVEN STINSKY; | : | |
| POLICE OFFICER THOMAS FOCHT; | : | |
| JUSTIN GRUNDOWSKI | : | |
| Defendants. | : | |
| | : | |

# **O R D E R**

**AND NOW**, this 18th day of June, 2019, for the reasons discussed in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiff's Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 13, is **GRANTED**. Count I of Plaintiff's Amended Complaint is **DISMISSED without prejudice** with leave to amend as to Defendant Grundowski.

2. Count II of Plaintiff's Amended Complaint is **DISMISSED with prejudice** as to Defendant Grundowski.

3. Plaintiff shall file any amended complaint **within twenty-one days** of the date of this order.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

061819